**MOR-1**

**UNITED STATES BANKRUPTCY COURT**

CASE NAME: Terravista Partners - Hidden Village, Ltd.
CASE NUMBER: 18-52901
PROPOSED PLAN DATE: 2/10/2019

PETITION DATE: 12/4/2018
DISTRICT OF TEXAS: Western
DIVISION: San Antonio

## MONTHLY OPERATING REPORT SUMMARY FOR DECEMBER 2018

| MONTH | Dec-18 | | | | | |
|---|---|---|---|---|---|---|
| REVENUES (MOR-6) | 42,986.28 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| INCOME BEFORE INT; DEPREC./TAX (MOR-6) | 17,939.75 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NET INCOME (LOSS) (MOR-6) | 17,939.75 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| PAYMENTS TO INSIDERS (MOR-9) | 3,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| PAYMENTS TO PROFESSIONALS (MOR-9) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL DISBURSEMENTS (MOR-7) | 30,727.93 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

***The original of this document must be filed with the United States Bankruptcy Court and a copy must be sent to the United States Trustee***

| REQUIRED INSURANCE MAINTAINED AS OF SIGNATURE DATE | | EXP. DATE |
|---|---|---|
| CASUALTY | YES (x) NO ( ) | 6/1/2019 |
| LIABILITY | YES (x) NO ( ) | 6/1/2019 |
| VEHICLE | YES (x) NO ( ) | 6/1/2019 |
| WORKER'S | YES (x) NO ( ) | - - |
| OTHER | YES ( ) NO ( ) | - - |

**CIRCLE ONE**

Are all accounts receivable being collected within terms? **Yes** No
Are all post-petition liabilities, including taxes, being paid within terms? **Yes** No
Have any pre-petition liabilities been paid? **Yes** No
If so, describe: Utilities and telephone liabilities of $5,181.40
Are all funds received being deposited into DIP bank accounts? **Yes** No
Were any assets disposed of outside the normal course of business? Yes **No**
If so, describe: _____
Are all U.S. Trustee Quarterly Fee Payments current? **Yes** No
What is the status of your Plan of Reorganization? Plan is being prepared

ATTORNEY NAME: William B. Kingman
FIRM NAME: Law Offices of William B. Kingman, PC
ADDRESS: 3511 Broadway
CITY, STATE, ZIP: San Antonio, TX 78209
TELEPHONE/FAX: (210) 829-1199

*I certify under penalty of perjury that the following complete Monthly Operating Report (MOR), consisting of MOR-1 through MOR-9 plus attachments, is true and correct.*

SIGNED: X _____ (ORIGINAL SIGNATURE) TITLE: EVP
William J. Gregory
(PRINT NAME OF SIGNATORY)
DATE: 1/22/19

MOR-1

Revised 07/01/98

CASE NAME: Terravista Partners - Hidden Village, Ltd.
CASE NUMBER: 18-52901

## COMPARATIVE BALANCE SHEETS

| ASSETS | FILING DATE* 12/4/2018 8:42 | MONTH 12/31/2018 0:00 | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|---|
| **CURRENT ASSETS** | | | | | | | |
| Cash | 33,793.47 | 17,195.30 | | | | | |
| Accounts Receivable, Net | 60,459.22 | 60,459.22 | | | | | |
| Inventory: Lower of Cost or Market | | | | | | | |
| Prepaid Expenses | | | | | | | |
| Investments | | | | | | | |
| Other | | | | | | | |
| TOTAL CURRENT ASSETS | 94,252.69 | 77,654.52 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| PROPERTY, PLANT & EQUIP. @ COST | 8,019,850.00 | 8,019,850.00 | | | | | |
| Less Accumulated Depreciation | | | | | | | |
| NET BOOK VALUE OF PP & E | 8,019,850.00 | 8,019,850.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **OTHER ASSETS** | | | | | | | |
| 1. Tax Deposits | | | | | | | |
| 2. Investments in Subsidiaries | | | | | | | |
| 3. Electric Deposit | | | | | | | |
| 4. | | | | | | | |
| TOTAL ASSETS | $8,114,102.69 | $8,097,504.52 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

\* Per Schedules and Statement of Affairs

**MOR-2**

*Revised 07/01/98*

CASE NAME: Terravista Partners - Hidden Village, Ltd.
CASE NUMBER: 18-52901

# COMPARATIVE BALANCE SHEETS

| LIABILITIES & OWNER'S EQUITY | FILING DATE* 12/4/2018 8:42 | MONTH 12/31/2018 0:00 | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|---|
| **LIABILITIES** | | | | | | | |
| POST-PETITION LIABILITIES(MOR-4) | | | | | | | |
| PRE-PETITION LIABILITIES | | | | | | | |
| Notes Payable - Secured | 5,356,040.40 | 5,356,040.40 | | | | | |
| Priority Debt | | | | | | | |
| Federal Income Tax | | | | | | | |
| FICA/Withholding | | | | | | | |
| Unsecured Debt | 68,325.85 | 63,144.45 | | | | | |
| Other | | | | | | | |
| TOTAL PRE-PETITION LIABILITIES | 5,424,366.25 | 5,419,184.85 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **TOTAL LIABILITIES** | 5,424,366.25 | 5,419,184.85 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **OWNER'S EQUITY (DEFICIT)** | | | | | | | |
| PREFERRED STOCK | | | | | | | |
| COMMON STOCK | | | | | | | |
| ADDITIONAL PAID-IN CAPITAL | | | | | | | |
| RETAINED EARNINGS: Filing Date | 2,689,736.44 | 2,660,379.92 | | | | | |
| RETAINED EARNINGS: Post Filing Date | | 17,939.75 | 17,939.75 | 17,939.75 | 17,939.75 | 17,939.75 | 17,939.75 |
| TOTAL OWNER'S EQUITY (NET WORTH) | 2,689,736.44 | 2,678,319.67 | 17,939.75 | 17,939.75 | 17,939.75 | 17,939.75 | 17,939.75 |
| **TOTAL LIABILITIES & OWNERS EQUITY** | $8,114,102.69 | $8,097,504.52 | $17,939.75 | $17,939.75 | $17,939.75 | $17,939.75 | $17,939.75 |

* Per Schedules and Statement of Affairs

MOR-3

*Revised 07/01/98*

**CASE NAME:** Terravista Partners - Hidden Village, Ltd.
**CASE NUMBER:** 18-52901

## SCHEDULE OF POST-PETITION LIABILITIES

|  | MONTH 31-Dec-18 | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| *TRADE ACCOUNTS PAYABLE* | | | | | | |
| TAX PAYABLE | | | | | | |
|   Federal Payroll Taxes | | | | | | |
|   State Payroll Taxes | | | | | | |
|   Ad Valorem Taxes | | | | | | |
|   Other Taxes | | | | | | |
| TOTAL TAXES PAYABLE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| SECURED DEBT POST-PETITION | | | | | | |
| ACCRUED INTEREST PAYABLE | | | | | | |
| ACCRUED PROFESSIONAL FEES* | | | | | | |
| OTHER ACCRUED LIABILITIES | | | | | | |
| 1. | | | | | | |
| 2. | | | | | | |
| 3. | | | | | | |
| **TOTAL POST-PETITION LIABILITIES (MOR-3)** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

*Payment requires Court Approval

**MOR-4**

*Revised 07/01/98*

CASE NAME: Terravista Partners - Hidden Village, Ltd.
CASE NUMBER: 18-52901

**AGING OF POST-PETITION LIABILITIES**

MONTH    Dec-18

| DAYS | TOTAL | TRADE ACCOUNTS | FEDERAL TAXES | STATE TAXES | AD VALOREM, OTHER TAXES | OTHER |
|---|---|---|---|---|---|---|
| 0-30 | 0.00 | | | | | |
| 31-60 | 0.00 | | | | | |
| 61-90 | 0.00 | | | | | |
| 91+ | 0.00 | | | | | |
| TOTAL | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**AGING OF ACCOUNTS RECEIVABLE**

| MONTH | Dec-18 | | | | | |
|---|---|---|---|---|---|---|
| 0-30 DAYS | 60,459.22 | | | | | |
| 31-60 DAYS | | | | | | |
| 61-90 DAYS | | | | | | |
| 91+ DAYS | | | | | | |
| TOTAL | $60,459.22 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**MOR-5**

*Revised 07/01/98*

CASE NAME: Terravista Partners - Hidden Village, Ltd.
CASE NUMBER: 18-52901

## STATEMENT OF INCOME (LOSS)

|  | MONTH Dec-18 | MONTH | MONTH | MONTH | MONTH | MONTH | FILING TO DATE |
|---|---|---|---|---|---|---|---|
| REVENUES (MOR-1) | 42,986.28 |  |  |  |  |  | 42,986.28 |
| TOTAL COST OF REVENUES | 24,908.40 |  |  |  |  |  | 24,908.40 |
| GROSS PROFIT | 18,077.88 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 18,077.88 |
| OPERATING EXPENSES: |  |  |  |  |  |  |  |
|   Selling & Marketing |  |  |  |  |  |  | 0.00 |
|   General & Administrative | 138.13 |  |  |  |  |  | 138.13 |
|   Insiders Compensation |  |  |  |  |  |  | 0.00 |
|   Professional Fees |  |  |  |  |  |  | 0.00 |
|   Other |  |  |  |  |  |  | 0.00 |
|   Other |  |  |  |  |  |  | 0.00 |
| **TOTAL OPERATING EXPENSES** | 138.13 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 138.13 |
| INCOME BEFORE INT, DEPR/TAX (MOR-1) | 17,939.75 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 17,939.75 |
| INTEREST EXPENSE |  |  |  |  |  |  | 0.00 |
| DEPRECIATION |  |  |  |  |  |  | 0.00 |
| OTHER (INCOME) EXPENSE* |  |  |  |  |  |  | 0.00 |
| OTHER ITEMS** |  |  |  |  |  |  | 0.00 |
| TOTAL INT, DEPR & OTHER ITEMS | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NET INCOME BEFORE TAXES | 17,939.75 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 17,939.75 |
| FEDERAL INCOME TAXES |  |  |  |  |  |  | 0.00 |
| **NET INCOME (LOSS) (MOR-1)** | $17,939.75 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $17,939.75 |

*Accrual Accounting Required, Otherwise Footnote with Explanation.*

\* *Footnote Mandatory.*

\* \* *Unusual and/or infrequent item(s) outside the ordinary course of business requires footnote.*

**MOR-6**

*Revised 07/01/98*

CASE NAME: Terravista Partners - Hidden Village, Ltd.
CASE NUMBER: 18-52901

| CASH RECEIPTS AND DISBURSEMENTS | MONTH Dec-18 | MONTH | MONTH | MONTH | MONTH | MONTH | FILING TO DATE |
|---|---|---|---|---|---|---|---|
| 1. CASH-BEGINNING OF MONTH | $1,936.95 | $17,195.30 | $17,195.30 | $17,195.30 | $17,195.30 | $17,195.30 | $1,936.95 |
| RECEIPTS: | | | | | | | |
| 2. CASH SALES | 42,986.28 | | | | | | 42,986.28 |
| 3. COLLECTION OF ACCOUNTS RECEIVABLE | | | | | | | 0.00 |
| 4. LOANS & ADVANCES (attach list) Terravista Corporation | 3,000.00 | | | | | | 3,000.00 |
| 5. SALE OF ASSETS | | | | | | | 0.00 |
| 6. OTHER (attach list) | | | | | | | 0.00 |
| TOTAL RECEIPTS** | 45,986.28 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 45,986.28 |
| (Withdrawal) Contribution by Individual Debtor MFR-2* | | | | | | | 0.00 |
| DISBURSEMENTS: | | | | | | | |
| 7. NET PAYROLL | 6,011.68 | | | | | | 6,011.68 |
| 8. PAYROLL TAXES PAID | 605.83 | | | | | | 605.83 |
| 9. SALES, USE & OTHER TAXES PAID | | | | | | | 0.00 |
| 10. SECURED/RENTAL/LEASES | | | | | | | 0.00 |
| 11. UTILITIES & TELEPHONE | 5,181.40 | | | | | | 5,181.40 |
| 12. INSURANCE | | | | | | | 0.00 |
| 13. INVENTORY PURCHASES | | | | | | | 0.00 |
| 14. VEHICLE EXPENSES | | | | | | | 0.00 |
| 15. TRAVEL & ENTERTAINMENT | | | | | | | 0.00 |
| 16. REPAIRS, MAINTENANCE & SUPPLIES | 18,290.89 | | | | | | 18,290.89 |
| 17. ADMINISTRATIVE & SELLING | 138.13 | | | | | | 138.13 |
| 18. OTHER (attach list) Security Deposit Refunded | 500.00 | | | | | | 500.00 |
| TOTAL DISBURSEMENTS FROM OPERATIONS | 30,727.93 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 30,727.93 |
| 19. PROFESSIONAL FEES | | | | | | | 0.00 |
| 20. U.S. TRUSTEE FEES | | | | | | | 0.00 |
| 21. OTHER REORGANIZATION EXPENSES (attach list) | | | | | | | 0.00 |
| TOTAL DISBURSEMENTS** | 30,727.93 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 30,727.93 |
| 22. NET CASH FLOW | 15,258.35 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 15,258.35 |
| 23. CASH - END OF MONTH (MOR-2) | $17,195.30 | $17,195.30 | $17,195.30 | $17,195.30 | $17,195.30 | $17,195.30 | $17,195.30 |

* Applies to Individual debtors only

**MOR-7**

**Numbers for the current month should balance (match) RECEIPTS and CHECKS/OTHER DISBURSEMENTS lines on MOR-8

*Revised 07/01/98*

CASE NAME: Terravista Partners - Hidden Village, Ltd.
CASE NUMBER: 18-52901

# CASH ACCOUNT RECONCILIATION
## MONTH OF Dec-18

| BANK NAME | Broadway Bank | | | Frost Bank | |
|---|---|---|---|---|---|
| ACCOUNT NUMBER | #4100085500 | # | # | #01 0519146 | |
| *ACCOUNT TYPE* | *OPERATING* | *PAYROLL* | *TAX* | *OTHER FUNDS* | *TOTAL* |
| BANK BALANCE | 27,001.67 | | | 0.00 | $27,001.67 |
| DEPOSITS IN TRANSIT | | | | | $0.00 |
| OUTSTANDING CHECKS | 9,806.37 | | | | $9,806.37 |
| ADJUSTED BANK BALANCE | $17,195.30 | $0.00 | $0.00 | $0.00 | $17,195.30 |
| BEGINNING CASH - PER BOOKS | 0.00 | | | 1,936.95 | $1,936.95 |
| RECEIPTS* | 42,986.28 | | | 3,000.00 | $45,986.28 |
| TRANSFERS BETWEEN ACCOUNTS | 1,894.57 | | | -1,894.57 | $0.00 |
| (WITHDRAWAL) OR CONTRIBUTION BY INDIVIDUAL DEBTOR MFR-2 | | | | | $0.00 |
| CHECKS/OTHER DISBURSEMENTS* | 27,685.55 | | | 3,042.38 | $30,727.93 |
| ENDING CASH - PER BOOKS | $17,195.30 | $0.00 | $0.00 | $0.00 | $17,195.30 |

**MOR-8**

*Numbers should balance (match) TOTAL RECEIPTS and TOTAL DISBURSEMENTS lines on MOR-7

*Revised 07/01/98*

CASE NAME: Terravista Partners - Hidden Village, Ltd.
CASE NUMBER: 18-52901

# PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown for the month, list the amount paid to insiders (as defined in Section 101(31)(A)-(F) of the U.S. Bankruptcy Code) and the professionals.
Also, for insiders, identify the type of compensation paid (e.g., salary, commission, bonus, etc.) (Attach additional pages as necessary).

| INSIDERS: NAME/COMP TYPE | MONTH Dec-18 | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| 1. Terravista Corporation | 3,000.00 | | | | | |
| 2. | | | | | | |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | | | | | | |
| TOTAL INSIDERS (MOR-1) | $3,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| PROFESSIONALS | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| 1. | | | | | | |
| 2. | | | | | | |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | | | | | | |
| TOTAL PROFESSIONALS (MOR-1) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**MOR-9**

*Revised 07/01/98*